## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JIM COOPER CONSTRUCTION COMPANY, INC. | ) <br> ) <br> ) <br> ) |
| Plaintiff(s), | ) <br> ) |
| v. | )     Case No. 5:23-cv-00691-D |
| C. FORD ELECTRIC, LLC, | ) <br> ) <br> ) <br> ) |
| Defendant(s) | ) |

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

      Enter my appearance as counsel in this case for:

Plaintiff , Jim Cooper Construction Company, Inc. .
(Plaintiff/Defendant)        (Name of Party)

      I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ Kaylee Davis-Maddy
Signature            Date

Kaylee Davis-Maddy
Print Name

Criminal Cases Only:

☐ Retained or USA

☐ CJA Appointment

☐ Federal Public Defender

☐ Pro Bono

☐ CJA Training Panel

Doerner Saunders Daniel & Anderson LLP
Firm

210 Park Avenue, Suite 1200
Address

Oklahoma City, OK 73102
City          State          Zip Code

(405) 319-3513
Telephone

kmaddy@dsda.com
Internet E-mail Address

REVISED 05/14/18

*Certificate of Service*

☐ I hereby certify that on _____, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

☑ I hereby certify that on August 7, 2023 , I filed the attached document with the Clerk of the Court and served the attached document by Certified US Mail

on the following, who are not registered participants of the ECF System:

C. FORD ELECTRIC, LLC
Corey Ford, Registered Agent
435 NE 22nd
Newcastle, OK 73065

s/ Kaylee Davis-Maddy
s/ Attorney Name