# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF OKLAHOMA

JIM COOPER CONSTRUCTION COMPANY

    Plaintiff(s)

vs.                                                                        Case Number:  5:23-cv-00691-D

C. FORD ELECTRIC, LLC

    Defendant(s)

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed.R.Civ.P. 7.1.,which states:

    A nongovernmental corporate party to an action or proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

_____Jim Cooper Construction Company, Inc._____
[name of party]

who is a (check one)   ☑ PLAINTIFF   ☐ DEFENDANT   in this action, makes the following disclosure:

1. **Is party a publicly held corporation or other publicly held entity?**

   (Check one)   ☐ YES   ☑ NO

2. **Does party have any parent corporations?**

   (Check one)   ☐ YES   ☑ NO

   If YES, identify all parent corporations, including grandparent and great-grandparent corporations:

3. **Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?**

   (Check one)   ☐ YES   ☑ NO

   If YES, identify all such owners:

4.  **Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?**

    (Check one)  ☐ YES   ☑ NO

    If YES, identify entity and nature of interest:

5.  **Is party a trade association?**

    (Check one)  ☐ YES   ☑ NO

    If YES, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

**DATED** this _____ day of _____, 20___.

s/ Kaylee Davis-Maddy
_____
Signature

| Kaylee Davis-Maddy | 31534 |
|---|---|
| Printed Name | Bar Number |

Doerner Saunders Daniel & Anderson LLP
_____
Firm Name

210 Park Avenue, Suite 1200
_____
Address

| Oklahoma City | OK | 73102 |
|---|---|---|
| City | State | ZIP |

| 405-319-3513 | 405-319-3524 |
|---|---|
| Phone | Fax |

kmaddy@dsda.com
_____
Email Address

## CERTIFICATE OF SERVICE

I hereby certify that on _____ (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

I hereby certify that on _____ (Date), I served the same document by

☑ U.S. Postal Service  ☐ In Person Delivery
☐ Courier Service      ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es):
C. FORD ELECTRIC, LLC.
Corey Ford, Registered Agent
435 NE 22nd
Newcastle, OK 73065

S/Kaylee Davis-Maddy
Signature