AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

| | |
|---|---|
| JIM COOPER CONSTRUCTION COMPANY, INC.<br><br>Plaintiff(s),<br><br>v.<br><br>C. FORD ELECTRIC, LLC,<br><br>Defendant(s). | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. CIV-23-691-D<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
C. FORD ELECTRIC, LLC.
Corey Ford, Registered Agent
435 NE 22nd
Newcastle, OK 73065

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Kaylee Davis-Maddy
Doerner Saunders Daniel & Anderson, LLP
210 Park Avenue, Suite 1200
Oklahoma City, OK 73102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS ISSUED:
4:18 pm, Aug 07, 2023
CARMELITA REEDER SHINN, Clerk

By: *[signature]*
Deputy Clerk

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* C. Ford Electric, LLC
was received by me on *(date)* 8/22/2023 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Cory Green (owner)(Partner), who is
designated by law to accept service of process on behalf of *(name of organization)* C. Ford Electric
LLC @ 6209 SE 74th ST OKC OK 73135 on *(date)* 8/22/2023 4:37 pm ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 80.00  0.00 .

I declare under penalty of perjury that this information is true.

Date: 8/22/2023

*Server's signature*
Jack Beall Private Process Server
PSS 2021-32
*Printed name and title*

3504 Mockingbird Ln
Midwest City, OK 73110
405 640 2548
*Server's address*

Additional information regarding attempted service, etc: