IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JIM COOPER CONSTRUCTION COMPANY, INC., | ) ) ) | |
| Plaintiff, | ) | |
| v. | ) ) | CASE NO. CIV-23-691-D |
| C. FORD ELECTRIC, LLC, | ) ) | |
| Defendant. | ) | |

## AFFIDAVIT

STATE OF OKLAHOMA

COUNTY OF OKLAHOMA

I, Kaylee P. Davis-Maddy, of lawful age, being first duly sworn, upon oath state as follows:

1. I am over 21 years of age, and I am competent to testify in a court of law.

2. I am an attorney licensed to practice in the state of Oklahoma and am admitted to practice in this Court. I represent Plaintiff in this case. The facts contained within this Affidavit are within my personal knowledge and are true and correct.

3. Defendant C. Ford Electric, LLC is a limited liability company and is not a member of the military service of the United States.

**FURTHER AFFIANT SAYETH NOT**

_____
Kaylee P. Davis-Maddy

Subscribed and sworn before me on this 29th day of September, 2023 by Kaylee P. Davis-Maddy

_____
Notary Public

My Commission Expires: 6/8/2027
My Commission No.: #07005555

TEENA BROOKS
Notary Public
State of Oklahoma
Commission #07005555
My Comm. Expires 6/8/2027