UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JIM COOPER CONSTRUCTION COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>C. FORD ELECTRIC, LLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) CASE NO. CIV-23-691-D<br>)<br>)<br>)<br>) |

## CLERK'S ENTRY OF DEFAULT

Pursuant to Fed.R.Civ.P. 55(a), it appears by affidavit or otherwise from the records in the above-entitled action that summons and complaint have been served upon the Defendant named below. It further appears that defendant has failed to plead or otherwise defend in said action, as directed in said summons and as provided in the Federal Rules of Civil Procedure. The Defendant, C. FORD ELECTRIC, LLC is, therefore, in default.

CARMELITA REEDER SHINN, CLERK OF COURT
UNITED STATES DISTRICT COURT


By: /s/Jane Eagleston
        DEPUTY CLERK