IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JIM COOPER CONSTRUCTION COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> C. FORD ELECTRIC, LLC, <br><br> Defendant. | Case No. CIV-23-691-D |

## DEFAULT JUDGMENT

Pursuant to the Clerk's Entry of Default [Doc. No. 7] as to Defendant C. Ford Electric, LLC, and Plaintiff's Motion for Default Judgment [Doc. No. 8], the Court enters judgment for Plaintiff against Defendant in the amount of $71,500. Plaintiff is further entitled to pre-judgment interest from February 3, 2023 to the date of entry of this Default Judgment, pursuant to Okla. Stat. tit. 23, § 6.

**IT IS SO ORDERED** this 2nd day of January, 2024.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge