IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JIM COOPER CONSTRUCTION COMPANY, INC., <br><br> Plaintiff <br><br> v. <br><br> C. FORD ELECTRIC, LLC, <br><br> Defendant. | ) ) ) ) ) ) ) CASE NO. CIV-23-691-D ) ) ) ) ) |

**GARNISHMENT AFFIDAVIT**
**(12 O.S. SUPP. 2004, § 1172)**

STATE OF OKLAHOMA     )
                      )ss.
COUNTY OF OKLAHOMA    )

I, Kaylee P. Davis-Maddy, being duly sworn, state as follows:

1. That I am the attorney for Plaintiff/Judgment Creditor in the above-styled case.

2. That the Defendant/Judgment Debtor is indebted to the Judgment Creditor as follows:

    $71,500.00 owed; and,

    $1,241.01 in prejudgment interest from February 3, 2023 until January 2, 2024.

    Totaling: $72,741.01

3. That I believe Great Plains National Bank is indebted to or has property belonging to the Judgment Debtor within its possession or under its control and which is not by law exempt from seizure or sale upon execution.

4. That I am not seeking a continuing garnishment.

5. This Affidavit is filed pursuant to Federal Rule of Civil Procedure 64(b).

Respectfully submitted,

/s/ Kaylee P. Davis-Maddy
Kaylee P. Davis-Maddy, OBA No. 31534
Doerner, Saunders, Daniel
    & Anderson, L.L.P.
210 Park Avenue Suite 1200
Oklahoma City, OK 73102
Office Phone: (405) 319-3513
Email:  kmaddy@dsda.com

*Attorneys for Plaintiff/Creditor*
*Jim Cooper Construction Company, Inc.*

Pursuant to 12 O.S. § 426:

I state under penalty of perjury under the laws of Oklahoma that the foregoing is true and correct.

/s/ Kaylee Davis-Maddy     Dated: February 15, 2024

8245999.1

2