IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JIM COOPER CONSTRUCTION COMPANY, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> C. FORD ELECTRIC, LLC, ) <br> ) <br> Defendant. ) | CASE NO. CIV-23-691-D |

**POST-JUDGMENT GARNISHMENT SUMMONS**

THE STATE OF OKLAHOMA, to said Garnishee:

Great Plains National Bank
Attn: Manager
PO Box 473
120 West Jones
Hollis, OK 73550

 You are hereby summoned pursuant to the attached affidavit as garnishee of C. FORD ELECTRIC, LLC ("C. Ford") and required within ten (10) days from the date of service of this summons upon you, to answer according to law whether you are indebted to, or under any liability to MJ&H and to withhold the amount and pay the same to the attorney for the Plaintiff/Judgment Creditor. When you file your answer with the Clerk of this Court, you must also deliver or mail a copy of your answer to the Judgment Creditor's attorney, and to C. Ford unless it is otherwise given actual written notice. You are directed to withhold the amount calculated on the answer form or the present judgment balance, whichever is less, and to pay the same to the Plaintiff/Judgment Creditor's attorney at the time you file your answer.

 If you are indebted to C. Ford, you shall immediately mail thereto a copy of the notice of garnishment and exemptions and the application for hearing to C. Ford at the last known address shown on your records. If more than one address is shown on your records you shall discharge your duty by mailing to any one of the addresses shown thereon. In lieu of mailing, you may hand-deliver a copy of the notice of garnishment and exemptions and the application for hearing to C. Ford.

You are hereby directed to pay with your answer the amounts required by law. In case of your failure to do so, you will be liable to further proceedings according to law, and judgment shall be rendered against you in the amount of the Judgment rendered against C. Ford which has a principal balance of $71,500.00, interest in the amount of $1,241.01, together with any costs in the principal action and costs of the garnishment proceeding.

Issued this 16th day of February, 2024, and shall be returned with proof of service within ten (10) days of this date.

> Carmelita Reeder Shinn
> Clerk of Court
> United States District Court
> Western District of Oklahoma

By: 

SUMMONS ISSUED:
4:08 pm, Feb 16, 2024
CARMELITA REEDER SHINN, Clerk
By:_____
Deputy Clerk

Kaylee P. Davis-Maddy, OBA No. 31534
Doerner, Saunders, Daniel & Anderson, L.L.P.
210 Park Avenue Suite 1200
Oklahoma City, OK 73102
Office Phone: (405) 319-3513
Email:  kmaddy@dsda.com

**Attorney for Plaintiff/Judgment Creditor,
Jim Cooper Construction Company, Inc.**

8246034.1