IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

FILED
MAR 11 2024
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____,DEPUTY

| | |
|---|---|
| JIM COOPER CONSTRUCTION COMPANY, INC., </br></br>Plaintiff, </br></br>v. </br></br>C. FORD ELECTRIC, LLC, </br></br>Defendant. | ) ) ) ) ) ) ) CASE NO. CIV-23-691-D ) ) ) ) ) |

## GARNISHEE'S ANSWER/AFFIDAVIT

STATE OF OKLAHOMA   )
                    )
COUNTY OF _____ )

_____Kristi Kramer-Jones_____, being fully sworn, deposes and says:

That I am __Garnishment Processor__ of Great Plains National Bank ("Great Plains").

Great Plains, having been served with a garnishment summons on the __27th__ day of __Feb__, 2024, and having knowledge of the facts and being sworn, states:

1. At the time of the service of the garnishment summons, or upon the date it became effective, Great Plains was not indebted to C. FORD ELECTRIC, LLC ("C. Ford") for any amount of money nor did it have possession or control of any property, money, goods, chattels, credits, negotiable instruments or effects belonging to it or in which it had an interest.

2. At the time of service of the garnishment summons, or upon the date it became effective, Great Plains was indebted to C. Ford or had possession or control of the following property, money, goods, chattels, credits, negotiable instruments or effects belonging to it as follows: Specify: __12,741.01__

3. On __2/27__, 2024, First mailed a copy of the Notice of Garnishment & Exemptions and Application for Hearing by first-class mail to the Judgment Debtor at:

__6209 SE 74th St__
__Oklahoma City OK  73135-1089__

2/27/24
Date Mailed

Or hand delivered the same to C. Ford at:

_____

Check here if additional pages are necessary [ ].

Date: _____3/8_____, 2024

By: _____Kristi Brown Jones_____
Title: _____Garnishment Processor_____

Subscribed and sworn to before me this __8th__ day of __March__, 2024.

```
KAITLYN LOWE
NOTARY PUBLIC - STATE OF OKLAHOMA
MY COMMISSION EXPIRES AUG. 16, 2027
COMMISSION # 23011166
```

_____Kaitlyn Lowe_____
Notary Public

My Commission Expires: __8-16-2027__
No.: __23011166__

Kaylee P. Davis-Maddy, OBA No. 31534
Doerner, Saunders, Daniel & Anderson, L.L.P.
210 Park Avenue Suite 1200
Oklahoma City, OK 73102
Office Phone: (405) 319-3513
Email: kmaddy@dsda.com

**Attorney for Plaintiff/Judgment Creditor,
Jim Cooper Construction Company, Inc.**