

**Great Plains Bank**

120 W Jones
P.O. Box 473
Hollis, OK 73550

Address Service Requested



U.S. District Court
200 NW 4th Street
Oklahoma City OK 73102

RECEIVED

MAR 11 2024

Clerk, U.S. District Court
WEST.DIST.OF OKLA.